SAUNDERS TRANSFER COMPANY, A CORPORATION, *Plaintiff in Error*, v. MYRTLE UNDERWOOD, *Defendant in Error*.

Opinion Filed February 13, 1919.

1. A married woman whose husband has deserted her for six months may under the Statute maintain an action for personal injuries to herself.

2. Where damages awarded are excessive a remittitur may be directed.

A Writ of Error to the Circuit Court for Hillsborough County; F. M. Robles Judge.

Judgment affirmed if the remittur is entered.

*Hilton S. Hampton*, for Plaintiff in Error.

*Dickenson & Dickenson*, for Defendant in Error.

WHITFIELD, J.—In this action to recover damages for personal injuries caused by a motor car being run against an automobile standing on the highway, in which the plaintiff was seated, the general issue, the right of the plaintiff to sue alone, and contributory negligence were pleaded. Verdict and judgement for plaintiff in $6,500 damages were rendered, and defendant took writ of error.

Plaintiff brought the action as "a married woman whose husband had deserted her for six months," and there is evidence to sustain the allegation thus giving her a right to maintain the action. Sec. 1368, Gen. Stats. 1906, Compiled Laws, 1914.

The assignment of error that the verdict is excessive is well taken in this case; and on the whole record justice requires a remmittitur of $1,500.00, or a reversal of the judgment for a new trial. See Louisville & Nashville R. Co. v. Frank, 76 Fla. 384, 80 South. Rep. 60; Postal Telegraph-Cable Co. v. Scott, 76 Fla. 336, 79 South. Rep. 767.

If a remittitur of $1,500.00 is entered, the judgment will stand affirmed for $5,000.00, otherwise, the judgment will stand reversed for a new trial.

It is so ordered.

BROWNE, C. J., AND TAYLOR AND WEST, J. J. concur.

ELLIS, J., dissents upon the ground of variance between the allegations and proof that the plaintiff was a married woman whose husband had deserted her. Judgment should be reversed.